# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, ) ) ) ) Plaintiff, ) ) v. ) ) FRANCISCO CARTRIGHT; NORTON ) CARTRIGHT; R.N.B., a minor; ROLAND ) BARTHELEMY, solely as court-appointed ) guardian and conservator of R.N.B., a minor; ) And YVETTE APOLLON, solely as trustee for ) R.N.B., a minor, ) ) Defendants. ) ) | Civil Action No. 1:11-cv-10750-MLW |

## ~~PROPOSED~~ ORDER ON DEFENDANTS' JOINT MOTION TO ALLOW AGREEMENT FOR JUDGMENT, ORDER FOR THE DISBURSEMENT OF THE REMAINING DEATH BENEFIT FUNDS, PLUS ANY INTEREST ACCRUED LESS ANY HANDLING FEE TO BE PAID TO THE CLERK, AND FOR SUMMARY JUDGMENT DISMISSAL THE PARTIES FROM FURTHER LIABILITY

The above entitled cause having come before the Court upon the application of Defendants, Francisco Cartright, R.N.B., a minor, and Roland Barthelemy, solely as court-appointed Guardian and conservator of R.N.B., a minor ("Defendants"), in connection with life insurance policy number L3 001 440 (the "Policy") issued by Prudential to Yolande Danestoir (the "Insured") and covering the Insured in the amount of $255,054.74 (the "Death Benefit") at the time of her death, and following the January 5, 2012 [17] Order of this Court granting, *inter alia*, Prudential's [11] Motion to Appoint Guardian ad Litem and granting Prudential's [11] Motion for Default against Norton Cartright, for entry of an order: (1) allowing the Defendants' Motion to approve the Agreement for Judgment filed herewith; (2) directing the Clerk of this

5

Court to withdraw the remaining Death Benefit funds from the Registry of this Court; (3) directing the Clerk to distribute the remaining Death Benefit funds, together with any accrued interest and less any handling fee, to the Defendants with twenty five percent (25%) of the funds paid to Francisco Cartright c/o his attorney, Paul F. Zerola, Esq., and seventy five percent (75%) of the funds paid to R.N.B., a minor, and Roland Barthelemy, solely as court-appointed guardian and conservator of R.N.B., a minor, c/o their attorney, Leo S. Fama, II, Esq.; and (4) summary judgment Defendants from any and all liability from any claims that Norton Cartright may present at any time in the future with regard to the Policy and/or Death Benefit; and the Court having considered the application:

**NOW THEREFORE**, it is on this 3rd day of February, 2012

**ORDERED** that the Joint Motion to Allow Agreement for Judgment, Order for the Disbursement of the Remaining Death Benefit Funds, Plus any Interest Accrued Less any Handling Fee to be Paid to the Clerk, and Dismissal of any and all Claims by Norton Cartright with Regard to the Remaining Death Benefit Funds with Prejudice be allowed; and it is

**FURTHER ORDERED**, that within fourteen (14) days of the date of this Order, the Clerk of this Court shall withdraw the remaining Death Benefit funds previously deposited by the Clerk into the Registry of this Court, and shall disburse the remaining Death Benefit funds, to wit $170,036.49, plus any accrued claim interest on this amount and less any Court handling fee, to Francisco Cartright and R.N.B., a minor, and Roland Barthelemy, solely as court-appointed guardian and conservator of R.N.B., a minor, as follows:

> Twenty-Five Percent (25%) of said amount to be paid to Francisco Cartright c/o his attorney, Paul F. Zerola, Esq.; and

> Seventy-Five Percent (75%) of said amount to be paid to R.N.B., a minor, and Roland Barthelemy, solely as court-appointed guardian and conservator of R.N.B., a minor, c/o their attorney Leo S. Fama, II, Esq.; and it is

**FURTHER ORDERED**, that the Clerk of this Court shall deduct a fee, if any, for the handling of the Death Benefit funds, as authorized by the Judicial Conference of the United

States and as set forth by the Director of the Administrative Office without further order of the Court; and it is

**FURTHER ORDERED,** that Francisco Cartright and R.N.B., a minor, and Roland Barthelemy, solely as court-appointed guardian and conservator of R.N.B., a minor, shall serve a copy of this Order upon the Clerk of this Court; and it is

**FURTHER ORDERED,** that upon the disbursement of the Death Benefit, plus any accrued claim interest on this amount and less and fee for handling of the funds deducted by the Clerk of this Court, Francisco Cartright and R.N.B., a minor, and Roland Barthelemy, solely as court-appointed guardian and conservator of R.N.B., a minor, shall be discharged from any liability to Norton Cartright, related to the Policy and/or the Death Benefit, and that Norton Cartright shall be permanently enjoined from bringing any action or proceeding in any forum, or making any further actual or implied claims, demands or causes of action, asserted or unasserted, liquidated or unliquidated, or bringing any action or proceeding in any forum, arising out of or in connection with Francisco Cartright and R.N.B., a minor, and Roland Barthelemy, solely as court-appointed guardian and conservator of R.N.B., a minor, relating to the Policy and/or Death Benefit due thereunder; and it is

**FURTHER ORDERED,** that Francisco Cartright and R.N.B., a minor, and Roland Barthelemy, solely as court-appointed guardian and conservator of R.N.B., a minor, are hereby released from all claims, rights, interests and actions that Norton Cartright might otherwise have held against Francisco Cartright and R.N.B., a minor, and Roland Barthelemy, solely as court-appointed guardian and conservator of R.N.B., a minor, with respect to the Policy and/or the Death Benefit; and it is

[signature], U.S.D.J.
June 28, 2012